**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LOUIS T SWEAT — Chapter 13

Debtor — Bankruptcy No. 15-13736-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this 16th day of Feb, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Debtor's Attorney:
DANIEL E MUELLER
40 W EVERGREEN AVE STE 101

PHILADELPHIA, PA 19118

Debtor:
LOUIS T SWEAT

7221 OGONTZ AVENUE

PHILADELPHIA, PA 19138-